SWEENEY et al. v. HANLEY. (Circuit Court of Appeals, Ninth Circuit. October 30, 1902.) No. 848. Appeal from the Circuit Court of the United States for the Northern Division of the District of Idaho. W. B. Heyburn,

for appellant. John R. McBride, for appellee. Appeal duly argued and submitted to the court for consideration and decision. Order of circuit court of date May 17, 1902, granting an injunction, affirmed, with costs.